UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGIANNA GORDON and JOHN E. DAVIS,

                              Plaintiffs,

         - against -

RITE AID CORP., RITE AID OF NEW YORK, INC., AND JOHN DOES #1-10,

                              Defendants.

**ORDER OF DISMISSAL**

09 Civ. 7665 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, any party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       May 18, 2012

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/12
```